IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.   1:12-cv-01022-LJO-MJS |
| Plaintiff, | ORDER DIRECTING CLERK TO RETURN DOCUMENTS IMPROPERLY SUBMITTED ON BEHALF OF DEFENDANT |
| vs. | |
| JANSET KARAOGLAN, | |
| Defendant. | |
| _____/ | |

    Plaintiff, United States of America, filed its Complaint to Reduce Federal Tax Assessment to Judgment under sections 7402 and 7403 of the Internal Revenue Code (26 U.S.C. or I.R.C.) on June 25, 2012, and seeking judgment in the amount of $488,279.04. (ECF No. 1.) On June 26, 2012, Plaintiff filed a First Amended Complaint. (ECF No. 4.) On September 13, 2012, Defendant was served with summons. (ECF No. 5.)

    On September 21, 2012, the Court Clerk received on behalf of Defendant the attached (1) Reply to Strike the Case Brought by the United States' First Amended Complaint to Reduce Federal Tax Assessment to Judgment, and (2) Consent to Jurisdiction of United States Magistrate Judge. These documents were signed and proffered by Defendant's husband, Eser Karaoglan, purportedly pursuant to a durable

1  power of attorney in which his wife bestowed such power upon him.

2  Defendant's current status is that of a *pro se* party.  As such, she may not
3  appear through her husband, a non-attorney, or anyone other than herself or a properly
4  appearing attorney at law. .

5  Parties may proceed in federal court only *pro se* (i.e., as an individual
6  representing himself or herself without an attorney) or through counsel. See Williams v.
7  U.S. 2012 WL 1377854 *2 (3d Cir. April 20, 2012), citing 28 U.S.C. § 1654; see also
8  Estate of Keatinge v. Biddle, 316 F.3d 7, 14 (1st Cir. 2002) ("[t]he holder of a power of
9  attorney is not authorized to appear pro se on behalf of the grantor."; Johns v. County
10 of San Diego, 114 F.3d 874, 876 (9th Cir. 1997) ("[w]hile a non-attorney may appear
11 pro se on his own behalf, "[h]e has no authority to appear as an attorney for others than
12 himself.") "Any individual who is representing himself or herself without an attorney
13 must appear personally or by courtesy appearance by an attorney admitted to the Bar
14 of this Court and may not delegate that duty to any other individual, including husband
15 or wife, or any other party on the same side appearing without an attorney. Local Rule
16 183.

17 Accordingly, for the foregoing reasons, the Court Clerk is directed to return to the
18 Defendant unfiled the attached Reply and Consent documents improperly signed and
19 proffered by Plaintiff's husband and received by the Clerk on September 21, 2012.

20 Defendant is reminded her response to the First Amended Complaint is due by
21 October 4, 2012.

22
23
24 IT IS SO ORDERED.
25 Dated:   September 24, 2012         /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE
26
27
28