IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 12-1022 LJO GSA |
| Plaintiff, | **ORDER TO DENY RELIEF** |
| vs. | (Docs. 8,9.) |
| JANSET KARAOGLAN, | |
| Defendant. | |
| _____/ | |

Plaintiff United States of America ("Government") proceeds on its First Amended Complaint ("FAC") to reduce to judgment tax liabilities assessed against defendant Janset Karaoglan ("Ms. Karaoglan"). On October 5, 2012, Ms. Karaoglan filed document no. 8 entitled "Reply to Strike the Case Brought by United States' First Amended Complaint to Reduce Federal Tax Assessment to Judgment" ("doc. 8"). This Court and the Government construe doc. 8 as a challenge to FAC and which lacks necessary legal support in that doc. 8 fails to comply with F.R.Civ.P. 8, F.R.Civ.P. 12 or other rules.

As the Government notes in its opposition, doc. 8 contains legally invalid matters upon which this Court lacks authority to grant relief. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.")  This Court surmises that Ms. Karaoglan filed doc. 8 to delay or frustrate the Government's tax collection. As such,

1  this Court DENIES doc. 8's requested relief and FINDS that Ms. Karaoglan has filed no valid papers to
2  respond to the FAC.  This Court ADMONISHES Ms. Karaoglan that she must obey the Federal Rules
3  of Civil Procedure and this Court's Local Rules and orders and is subject to sanctions as this Court
4  deems appropriate and to include entry of default against her.
5      IT IS SO ORDERED.
6  **Dated:     October 30, 2012**                                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE