IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANSET KARAOGLAN,<br><br>　　　　　Defendant. | Civ. No. 1:12-cv-01022-LJO-GSA<br><br>**ORDER GRANTING UNITED STATES' MOTION TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE ON NOVEMBER 14, 2012** |

　　　Upon review of the pleadings, and for good cause shown, it is hereby ORDERED that lead counsel for the United States may appear telephonically at the scheduling conference set for November 14, 2012, at 9:30 a.m.  Counsel shall call chambers at (559) 499-5960 for the hearing.  If both parties wish to appear telephonically at the scheduling conference, the parties shall coordinate a one-line conference call prior to calling chambers.

　　　IT IS SO ORDERED.

　　　Dated:　**November 5, 2012**　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE