UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CV F 12-1022 LJO GSA |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO DISMISS AND CLOSE ACTION** |
| JANSET KARAOGLAN, | **(Doc. 26.)** |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action and all claims;

2. VACATES all pending dates and matters, including the October 18, 2013 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **September 4, 2013**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE