UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JANSET KARAOGLAN,<br><br>　　　　Defendant. | CASE NO. CV F 12-1022 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>**(Doc. 26.)** |

　　　　Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

　　　　1.　　DISMISSES this entire action and all claims;

　　　　2.　　VACATES all pending dates and matters, including the October 18, 2013 trial; and

　　　　3.　　DIRECTS the clerk to close this action.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　Dated:　**September 4, 2013**
**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1